No. 74–635. UNITED STATES v. WONG. C. A. 9th Cir. [Certiorari granted, 426 U. S. 905.] Motion of the Solicitor General for summary disposition denied.

No. 75–1443. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE v. SANDERS. C. A. 7th Cir. [Certiorari granted, 426 U. S. 905.] Motion of respondent for leave to proceed further herein in forma pauperis granted. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 75–155. LARKIN ET AL. v. PATTERSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–492. ROSNER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–766. OGDEN v. WOLFF, WARDEN; and
No. 75–767. ATKINSON v. WOLFF, WARDEN. C. A. 8th Cir. Certiorari denied. Reported below: 522 F. 2d 816.

No. 75–933. MCAULIFFE v. CARLSON, COMMISSIONER OF FINANCE AND CONTROL OF CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 75–1077. BOARD OF EDUCATION OF THE CITY OF CHATTANOOGA ET AL. v. MAPP ET AL.; and
No. 75–1564. MAPP ET AL. v. BOARD OF EDUCATION OF THE CITY OF CHATTANOOGA ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 525 F. 2d 169.